**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| John Alexander, | ) | No. | CV 07-0176-PCT-PGR |
| Plaintiff, | ) | | |
| vs. | ) | **<u>ORDER</u>** | |
| | ) | | |
| Lake Havasu City, et al., | ) | | |
| Defendants. | ) | | |
| _____ | ) | | |

On January 24, 2007, the Plaintiff filed his Complaint (Doc. 1) in the above captioned matter. On February 8, 2007, the Plaintiff filed his First Amended Complaint (Doc. 8), which according to Federal Rule of Civil Procedure 15 (a), a party is allowed to do as a matter of course without leave of the Court. However, on April 2, 2007, the Plaintiff filed his Second Amended Complaint (Doc. 8), which was in violation of both the Federal and Local Rules Civil Procedure. Since this was the Plaintiff's second amendment to a pleading, Federal Rule of Civil Procedure 15(a) allows an additional amendment only by leave of court or by written consent of the adverse party.

If the Plaintiff moves for leave of the Court, he must comply with the local rules regarding Motions for Leave to Amend Pleadings. Local Rule of Civil Procedure 15.1(a) states that "[a] party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion, which shall indicate in what respect

it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underling the text to be added."  In addition, Local Rule of Civil Procedure 15.1(b) states that "[a] party who moves for leave to amend a pleading, or who otherwise seeks to amend a pleading by leave of court including by stipulation and order, must lodge with the Clerk of Court an original of the proposed amended pleading.  The original must not be physically attached or made an exhibit to a motion to amend, a stipulation to amend, or any other pleading and must contain the original signature of the attorney or unrepresented party proposing the amendment.  The amended pleading is not to incorporate by reference any part of the preceding pleading, including exhibits."  Based on the above referenced rules,

IT IS ORDERED striking the Plaintiff's Second Amended Complaint (Doc. 8).  The Plaintiff may petition this Court for leave to amend its First Amended Complaint or file a stipulation between the parties reflecting an agreement to do so.

IT IS FURTHER ORDERED striking the Defendant's Answer to the Second Amended Complaint (Doc. 10) as it is a responsive pleading to one improperly filed.[1]

DATED this 17th day of April, 2007.

Paul G. Rosenblatt
United States District Judge

---

[1] The Court notes that the Docket Entry No. 10 reflects that the Defendant Lake Havasu City Police Department filed an answer to the Plaintiff's First Amended Complaint; however, the courtesy copy delivered to chambers along with the Notice of Electronic Filing for Docket Entry No. 10 is titled "Separate Answer to Second Amended Complaint by Defendant Lake Havasu City Police Department."  The Defendant is reminded to correct this error when filing a responsive pleading once Plaintiff has properly filed his Second Amended Complaint, either by stipulation or leave of court, as the Defendant did not deliver a courtesy copy of the document actually electronically filed.